JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOEUN PHANG, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, )<br>Commissioner of Social Security, )<br>)<br>    Defendant )<br>) <br>_____) | Case No.  2:20-CV-00586-DMC<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME<br>TO FILE PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to October 11 for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to a backlog in Plaintiff's counsel's workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: September 8, 2020                JACQUELINE A. FORSLUND
                                       Attorney at Law


                                       */s/Jacqueline A. Forslund*
                                       JACQUELINE A. FORSLUND

                                       Attorney for Plaintiff


Date: September 8, 2020                MCGREGOR W. SCOTT
                                       United States Attorney
                                       DEBORAH STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       */s/Chantal R. Jenkins*
                                       CHANTAL R. JENKINS
                                       Special Assistant United States Attorney
                                       *By email authorization

                                       Attorney for Defendant


                             ORDER

APPROVED AND SO ORDERED


Dated:  September 14, 2020             _____
                                       DENNIS M. COTA
                                       UNITED STATES MAGISTRATE JUDGE

Phang v. Saul            Stipulation and Proposed Order       E.D. Cal. 2:20-cv-00586-DMC