McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| PHOEUN PHANG,<br><br>    Plaintiff,<br><br>vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:20-cv-00586-WBS-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 31-day extension of time from November 13, 2020 to December 14, 2020 to respond to Plaintiff's motion for summary judgment.  Defendant's counsel needs additional time to review the record and draft the responsive brief.  Since Plaintiff filed the opening brief, Defendant's counsel has completed several briefs and held trainings for the office's new attorneys.  Defendant's counsel apologizes to the Court and Plaintiff for this delay.

    This request is made in good faith with no intention to unduly delay the proceedings.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 11, 2020

*/s/ Jacqueline A. Forslund by Chantal R. Jenkins*\*
\*As authorized *via* email on November 11, 2020
Jacqueline Anna Forslund
Attorney for Plaintiff

Dated: November 11, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated: November 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2