McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8931
     Facsimile: (415) 744-0134
     E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| PHOEUN PHANG,<br><br>    Plaintiff,<br><br>  vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:20-cv-00586-WBS-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 14-day extension of time from December 14, 2020 to December 28, 2020 to respond to Plaintiff's motion for summary judgment. Defendant's counsel requests additional time because she is in the process of conferring with her client regarding settlement. Counsel will complete this process as soon as possible and file the responsive brief if necessary.

    This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated: December 11, 2020             */s/ Jacqueline A. Forslund by Chantal R. Jenkins\**
                                              \*As authorized *via* email on December 11, 2020
                                              Jacqueline Anna Forslund
                                              Attorney for Plaintiff

Dated: December 11, 2020             McGREGOR W. SCOTT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                               By:   */s/ Chantal R. Jenkins*
                                              CHANTAL R. JENKINS
                                              Special Assistant United States Attorney

                                          <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: December 15, 2020

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE