McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| PHOEUN PHANG,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:20-cv-00586-WBS-DMC<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will direct the Administrative Law Judge to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Dated: December 16, 2020

*/s/ Jacqueline A. Forslund by Chantal R. Jenkins**
*As authorized *via* email on December 16, 2020
Jacqueline Anna Forslund
Attorney for Plaintiff

Dated:  December 16, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated:  December 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE